JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

**Place of Offense:**            **Category No.** II            **Investigating Agency** Secret Sevice

**City** Cambridge            **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See Additional Information Below
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name    **Aaron Swartz**            Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name

Address    (City & State) **Cambridge, MA**                                              ■

Birth date (Yr only): 86    SSN (last4#): 1374    Sex M    Race: W    Nationality: USA

**Defense Counsel if known:**    Andrew Good    Address Good & Courmier

**Bar Number**                                              83 Atlantic Ave.

                                                           Boston, MA  02110
**U.S. Attorney Information:**

**AUSA**    Stephen Heymann            Bar Number if applicable    558486

**Interpreter:**    ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**    ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____   on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    ☑ Felony    4

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: July 14, 2011            Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**        Aaron Swartz

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1343 | Wire Fraud | 1 |
| Set 2 | 18 USC 1030(a)(4) | Computer Fraud | 2 |
| Set 3 | 18 USC 1030(a)(2) | Theft of Information From a Computer | 3 |
| Set 4 | 18 USC 1030(a)(5)(B) | Recklessly Damaging a Computer | 4 |
| Set 5 | 18 USC 981 & 982 and 28 USC 2461 | Forfeiture | |
| Set 6 | 18 USC 2 | Aiding and Abetting | Counts 1-4 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  Search Warrant Case Numbers:  11m-5013-JGD;11m-5014-JGD

11m-5015-JGD; 11m-5031-JGD; 11m-5061-JGD; 11m-5062-JGD; 11m-5063-JGD; and

11m-5143-JGD

Seizure Warrant Case Number:  11m-5138-JGD

cr js-45-MA2011.wpd - 3/25/2011