AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 11-cr-10260 |
| Aaron Swartz | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **Aaron Swartz**                                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. 1343 (Wire Fraud); 18 U.S.C. 1030(a)(4) (Computer Fraud); 18 U.S.C. 1030 (a)(2) (Theft of Information From a Computer) and 18 U.S.C. 1030 (a)(5)(B) (Recklessly Damaging a Computer); 18 U.S.C. 2 (Aiding and Abetting)
All committed between September 24, 2010 and January 6, 2011, or thereabout

Date: July 14, 2011

City and state: Boston, Massachusetts

*Issuing officer's signature*

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |