AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Aaron Swartz<br>*Defendant* | )<br>)<br>)<br>)<br>)    Case No. 11-cr-10260 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Aaron Swartz                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. 1343 (Wire Fraud); 18 U.S.C. 1030(a)(4) (Computer Fraud); 18 U.S.C. 1030 (a)(2) (Theft of Information From a
Computer) and 18 U.S.C. 1030 (a)(5)(B) (Recklessly Damaging a Computer); 18 U.S.C. 2 (Aiding and Abetting)
All committed between September 24, 2010 and January 6, 2011, or thereabout

Date:   July 14, 2011                                                       
                                                            *Issuing officer's signature*

City and state:   Boston, Massachusetts                                 
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                                     _____<br>                                                     *Arresting officer's signature*<br><br>                                                     *Printed name and title* |