UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | Criminal No. 11-CR-10260-NMG |
| ) | |
| AARON SWARTZ                        ) | |

**GOVERNMENT'S MOTION TO UNSEAL
<u>INDICTMENT</u>**

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant surrendered himself this morning, and that there is no further reason to keep the indictment secret.

Dein, M.J.
MOTION ALLOWED
By the Court
[signature]
Deputy Clerk
7/19/04

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: [signature]
Stephen P. Heymann
Assistant U.S. Attorney

Date: July 19, 2011