UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 11-CR-10260-NMG** |
| | ) | |
| **AARON SWARTZ,** | ) | |
| Defendant | ) | |

GOVERNMENT'S LOCAL RULE 112.4(B)
ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the entities listed below as organizational victims, parent companies of victims, or publicly held corporations that own 10% or more of victim companies, of the crimes alleged in the above-captioned indictment:

Massachusetts Institute of Technology

JSTOR

ITHAKA

In addition there are several hundred publishers, on whose behalves JSTOR made academic journals available for purchase by the public.  The government will obtain a list of these publishers for the Court from JSTOR at the Court's request.

                                        Respectfully submitted,

                                        CARMEN M. ORTIZ
                                        United States Attorney

By:   */s/ Stephen P. Heymann*
        Stephen P. Heymann
        Scott Garland
        Assistant U.S. Attorneys

Dated: July 20, 2011

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        */s/ Stephen P. Heymann*
                                        Stephen P. Heymann
                                        Assistant United States Attorney

Date: July 20, 2011