UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL No. 11-CR-10260-NMG |
| AARON SWARTZ, | |
| Defendant | |

NOTICE OF APPEARANCE FOR
ASSISTANT UNITED STATES ATTORNEY SCOTT L. GARLAND

Assistant United States Attorney Scott L. Garland will be representing the United States as counsel for the government in this matter, in addition to Assistant United States Attorney Stephen P. Heymann.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney


    By: */s/ Scott L. Garland*
    SCOTT L. GARLAND
    Assistant United States Attorney


CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

    */s/ Scott L. Garland*
    Scott L. Garland
    Assistant United States Attorney

Dated: July 20, 2011