UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 11-CR-10260-NMG |
| | ) | |
| **AARON SWARTZ,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER OF EXCLUDABLE DELAY

Upon consideration of the government's motion seeking an order of excludable delay, the Court finds as follows:

1.  A continuance of this proceeding from August 16, 2011 through and including September 9, 2011 is necessary to ensure that the parties have time to seek to develop, and that a proposed protective order governing discovery be presented to this Court, and that counsel for the defendant and the defendant have sufficient time to review discovery, investigate the evidence, consider whether to file pretrial motions, and then to prepare any such pretrial motions.  I find, given the specific circumstances in this case, that this continuance constitutes " reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. §3161(h)(7)(B).

3.  The ends of justice served by granting the continuance from August 16, 2011 through and including September 9, 2011 outweigh the best interest of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B).

Accordingly, the Court hereby grants the government's motion and **ORDERS** that the period from August 16, 2011 through and including September 9, 2011 be excluded from the Speedy Trial Act computation of the time within which trial in the case must begin, pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B).

_____
**JUDITH G. DEIN**
**CHIEF U. S. MAGISTRATE JUDGE**

Dated: _____