UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES  OF AMERICA| | ) ) ) | |
| v. | ) | Crim. No. 11-CR-10260-NMG |
| | ) | |
| AARON SWARTZ,  Defendant. | ) ) | |

DEFENDANT'S MOTION FOR LEAVE TO CHANGE RESIDENTIAL ADDRESS

    Aaron Swartz moves this Court for leave to change his residential address to 76 Oxford St # 1, Cambridge, MA 02138-1809.  Mr. Swartz has already reported this change to Pretrial Services Officer Gina Affsa. The residential change is necessary because his former landlord would not extend his lease on his Massachusetts Avenue apartment.

    As reported at the arraignment, Mr. Swartz has begun working as independent contractor performing research for a New York City company.  This work requires Mr. Swartz to spend variable days of the week in New York City. When he stays over night in New York, Mr. Swartz's address is 99 Graham Street, Apt. #1, Brooklyn, New York 11206.

    Mr. Swartz reports in person weekly to the Pretrial Services office in Boston.

                              Respectfully submitted,

                              */s/Andrew Good*
                              Andrew Good
                              BBO # 201240
                              Good & Cormier
                              83 Atlantic Avenue
                              Boston, MA 02110
                              Tel. 617-523-5933
                              agood@goodcormier.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent to counsel for the government who are registered participants as identified on the Notice of Electronic Filing ("NEF").

DATED: September 8, 2011

                                        /s/ *Andrew Good*
                                        Andrew Good

G:\CLIENTS\Swartz, Aaron\Pleadings - Federal Court Case\Motion For Leave to Change Residential Address.doc