UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| OF AMERICA| ) | |
| ) | |
| v. ) | Crim. No. 11-CR-10260-NMG |
| ) | |
| AARON SWARTZ, ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO COMPEL DISCOVERY

Pursuant to Local Rule 116.3(G) and the September 9, 2011 order of this Court, Aaron Swartz moves this Court for an order compelling the government to provide discovery as provided by F.R. Crim. Proc. 16 and by the automatic discovery provisions in Rules 116.1(A)(1) and (C) and 116.2. The grounds for this motion are stated in the accompanying memorandum of law.  A proposed order is attached to this motion as Exhibit A.

Respectfully submitted,

*/s/Andrew Good*
Andrew Good
BBO # 201240
Good & Cormier
83 Atlantic Avenue
Boston, MA 02110
Tel. 617-523-5933
agood@goodcormier.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent to counsel for the government who are registered participants as identified on the Notice of

Electronic Filing ("NEF").

DATED:  September 27, 2011

                                                            /s/ *Andrew Good*
                                                            Andrew Good

**G:\CLIENTS\Swartz, Aaron\Pleadings - Federal Court Case\Defendant's Motion to Compel Discovery dr1.doc**