# Exhibit 1

Case 1:11-cr-10260-NMG   Document 21-1   Filed 10/06/11   Page 1 of 2



# EARLY JOURNAL CONTENT
149 Fifth Avenue, 8th Floor, New York, NY 10010 | tel (212) 358 6400 | fax (212) 358 6499| participation@jstor.org | jstor.org

# Nearly 500,000 articles in more than 200 journals are now freely available on JSTOR.

Anyone may now search, read online, and download PDFs of "Early Journal Content." The Early Journal Content includes journal articles published in the United States before 1923 and articles published in other countries before 1870, and includes discourse and scholarship in the arts and humanities, economics and politics, and in mathematics and other sciences.

The free Early Journal Content is available for use by anyone, without registration and regardless of institutional affiliation. The amount of free content will grow over time. As we add more journals to JSTOR, new articles within these time ranges will be added to the Early Journal Content, and will remain freely available.

Making this early journal content freely available is the most recent step in our ongoing work to expand access to content on JSTOR, particularly for individuals who are not affiliated with academic institutions or libraries. More efforts are planned for the future; currently in progress is a project to enable individual researchers to register with the JSTOR site to read more recent articles online for free.

## Access for Individuals

- about.jstor.org/individuals

## Early Journal Content

- about.jstor.org/participate-jstor/individuals/early-journal-content

## Terms and Conditions of Use

- jstor.org/page/info/about/policies/terms.jsp

### Early Journal Content Highlights

**Democracy in Education**
John Dewey
The Elementary School Teacher
Vol. 4, No. 4 (Dec., 1903), pp. 193–204
Published by: The University of Chicago Press
Article Stable URL: jstor.org/stable/992653

**"General Intelligence," Objectively Determined and Measured**
C. Spearman
The American Journal of Psychology
Vol. 15, No. 2 (Apr., 1904), pp. 201–292
Published by: University of Illinois Press
Article Stable URL: jstor.org/stable/1412107

**Japanese Textiles at the Columbian Exposition**
The Decorator and Furnisher
Vol. 23, No. 2 (Nov., 1893), pp. 57–59
Article Stable URL: jstor.org/stable/25582570

**Woman's Half-Century of Evolution**
Susan B. Anthony
The North American Review
Vol. 175, No. 553 (Dec., 1902), pp. 800–810
Published by: University of Northern Iowa
Article Stable URL: jstor.org/stable/25150960

**On the True Date of the Rosetta Stone, and on the Inferences Deducible from It**
Edward Hincks
The Transactions of the Royal Irish Academy
Vol. 19, (1843), pp. 72–77
Published by: Royal Irish Academy
Article Stable URL: jstor.org/stable/30079145