UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 11-CR-10260-NMG |
| ) | |
| Aaron Swartz ) | |

## Notice of Appearance

Now comes the undersigned counsel and hereby enters his appearance on behalf of Aaron Swartz, the defendant in the above-captioned matter.

    Respectfully Submitted,
    Aaron Swartz,
    By His Attorney,

    **/s/ Martin G. Weinberg**
    Martin G. Weinberg, Esq.
    20 Park Plaza, Suite 1000
    Boston, MA 02116
    Tel: (617) 227-3700
    Fax: (617) 338-9538
    owlmgw@att.net

Dated: October 25, 2011

## Certificate of Service

    I, Martin G. Weinberg, hereby certify that on this date, October 25, 2011, a copy of the foregoing document has been served via CM/ECF Electronic Filing, upon Assistant U.S. Attorney Steven P. Heymann.

    **/s/ Martin G. Weinberg**
    Martin G. Weinberg