UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>AARON SWARTZ,       )<br>    Defendant         ) | Crim. No. 11-CR-10260-NMG |

**MOTION TO WITHDRAW AS COUNSEL FOR THE DEFENDANT**

Andrew Good, Philip Cormier and Good & Cormier move for leave to withdraw as counsel for Aaron Swartz. Substitute counsel, Martin Weinberg, has filed his notice of appearance.

Respectfully submitted,

*/s/Andrew Good*
Andrew Good
BBO # 201240
Good & Cormier
83 Atlantic Avenue
Boston, MA 02110
Tel. 617-523-5933
agood@goodcormier.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent to counsel for the government who are registered participants as identified on the Notice of Electronic Filing ("NEF").

DATED: October 27, 2011

/s/ *Andrew Good*
Andrew Good