UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                           )<br>)<br>AARON SWARTZ,                      )<br>)<br>Defendant                            ) | Criminal No. 11-10260-NMG |

**ASSENTED TO MOTION FOR MODIFICATION OF
CONDITIONS OF PRETRIAL RELEASE**

Now comes the defendant Aaron Swartz who hereby requests that this Honorable Court modify his conditions of release. As reason therefore, defendant states:

1. That he was released on July 19, 2011 on conditions memorialized in Chief Magistrate Judge Judith G. Dein's ORDER Setting Conditions of Release (Doc. 6) that included that he maintain his current residence in Cambridge, Massachusetts with travel restricted to the continental United States and that he report as directed by Pretrial Services;

2. That he is currently reporting in person every other week to Pretrial Services;

3. That he has fully complied with all the conditions of pretrial release through the current date;

4. That he is currently employed by Avaaz Foundation in New York;

5. That his employment requires that he relocate to a new address, ▉▉▉▉▉▉ ▉ Brooklyn, New York ▉▉▉;

6. That this change of residence will not interfere with his communications with counsel, their working together in meaningful pretrial preparation, or his counsel's ability in any way to prepare for trial;

1

7. That AUSA Stephen Heymann assents to the granting of this motion conditioned on the representations in paragraph 6, *supra*;

8. That Pretrial Services Officer Gina Affsa informed counsel that she had no objection to the transfer and that pretrial supervision would be transferred to the Eastern District of New York if the Court allows the motion

Respectfully submitted,
Aaron Swartz,
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
MARTIN G. WEINBERG, P.C.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
Telephone: (617) 227-3700
Facsimile: (617) 338-9538
owlmgw@att.net

### Certificate of Service

I, Martin G. Weinberg, hereby certify that on this date, February 1, 2012, a copy of the foregoing document has been served electronically via the CM/ECF system upon Assistant U.S. Attorneys Scott Garland and Stephen Heymann.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.

Date: February 1, 2012