UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
11-10348-MLW

UNITED STATES OF AMERICA

v.

DOMINGO HERNANDEZ, OSVANY GABRIEL URRA,
CHARLES J. MCPHERSON, LORI A. RAMACKER,
VIVAL INGRAHAM III, ARTHUR A. CRISAFULLI,
JOHN E. HOULIHAN, MATHEW J. FERLAND,
ELENI HERNANDEZ, CHRISTOPHER O'BRIEN,
CHRISTOPHER SLOAN, and JULIO CAMACHO

## ORDER ON EXCLUDABLE TIME

March 19, 2012

DEIN, M.J.

With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendants require additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions and consideration of alternatives concerning how best to proceed, and that the interests of justice outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment, and that not granting this continuance would deny counsel for the defendants a reasonable time necessary for effective preparation.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of **March 19, 2012 through April 2, 2012**,

that being the period between the expiration of the last order on excludable time and the next status conference.

Based upon the prior orders of the court dated December 9, 2011, January 18, 2012 and this order, at the time of the Interim Status Conference on April 2, 2012 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein  
JUDITH GAIL DEIN  
United States Magistrate Judge