UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
11-10260-NMG

UNITED STATES OF AMERICA

v.

AARON SWARTZ

## ORDER ON EXCLUDABLE TIME

March 16, 2012

DEIN, M.J.

With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions and consideration of alternatives concerning how best to proceed, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment, and that not granting this continuance would deny counsel for the defendant a reasonable time necessary for effective preparation.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of

March 1, 2012 through May 17, 2012,

that being the period between the expiration of the last order on excludable time and the

next status conference.

Based upon the prior orders of the court dated July 19, 2011, September 9, 2011, November 8, 2011, December 14, 2011, January 18, 2012 and this order, at the time of the Interim Status Conference on May 17, 2012 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

      / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge