UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-10260-NMG |
| | ) | |
| AARON SWARTZ, | ) | |
| | ) | |
| Defendant | ) | |

ASSENTED-TO MOTION FOR ORDER OF EXCLUDABLE DELAY
PURSUANT TO THE SPEEDY TRIAL ACT

The United States of America moves for an order designating the period from August 15, 2012, through and including February 4, 2013, as excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), on the grounds that the ends of justice served by granting the requested continuance of time outweigh the best interests of the public and the defendant in a speedy trial. Defendant Aaron Swartz, through counsel, fully assents to the allowing of this Motion. The parties anticipate the litigation of substantive motions in the case. The defendant requires additional time to prepare an effective defense, including time for expert analysis of the electronic evidence in this case, to prepare and litigate the substantive and other motions and to consider how best to present his defense at trial. Not granting this continuance would deny defense counsel a reasonable time necessary for effective preparation. See 18 U.S.C. §3161(h)(7)(B)(ii).

Respectfully submitted,

Carmen M. Ortiz
United States Attorney

*/s/ Martin G. Weinberg*          By:          */s/ Stephen P. Heymann*
MARTIN G. WEINBERG                           STEPHEN P. HEYMANN
Counsel for Defendant                        SCOTT L. GARLAND
Aaron Swartz                                 Assistant U.S. Attorneys

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to Martin G. Weinberg, Esq..

                                                 *<u>/s/ Stephen P. Heymann</u>*
                                                 STEPHEN P. HEYMANN
                                                 Assistant United States Attorney

Date: August 17, 2012