# Criminal Case Cover Sheet          U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** Secret Sevice

**City** Cambridge

**County** Middlesex          **Related Case Information:**

Superseding Ind./ Inf.  Superseding Ind.  Case No. 11-CR-10260-NMG
Same Defendant  Yes          New Defendant
Magistrate Judge Case Number
Search Warrant Case Number          See Additional Information Below
R 20/R 40 from District of

## Defendant Information:

**Defendant Name** Aaron Swartz          **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name**

**Address** (City & State) Cambridge, MA

**Birth date (Yr only):** 86   **SSN (last4#):** 1374   **Sex** M   **Race:** W   **Nationality:** USA

**Defense Counsel if known:** Martin Weinberg, Esq.   **Address** 20 Park Plaza
Suite 1000
Boston, MA 02116

**Bar Number**

## U.S. Attorney Information:

**AUSA** Stephen P. Heymann & Scott L. Garland   **Bar Number if applicable** 558486 & 650358

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect:

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

## Location Status:

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Magistrate Judge Dein   on 7/19/11

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   13

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 12, 2012   **Signature of AUSA:** /s/ Scott L. Garland

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Aaron Swartz

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1343 | Wire Fraud | 1-2 |
| Set 2 | 18 USC 1030(a)(4) | Computer Fraud | 3-7 |
| Set 3 | 18 USC 1030(a)(2) | Theft of Information From a Computer | 8-12 |
| Set 4 | 18 USC 1030(a)(5)(B) | Recklessly Damaging a Computer | 13 |
| Set 5 | 18 USC 981, 982, 1030 & 28 USC 2461 | Forfeiture | |
| Set 6 | 18 USC 2 | Aiding and Abetting | 1-13 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** Search Warrant Case Numbers: 11m-5013-JGD; 11m-5014-JGD; 11m-5015-JGD; 11m-5031-JGD; 11m-5061-JGD; 11m-5062-JGD; 11m-5063-JGD; and 11m-5143-JGD

Seizure Warrant Case Number: 11m-5138-JGD

cr js-45-MA2011.wpd - 3/25/2011