UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                      )
UNITED STATES         )
                      )
        v.            )          No. 11-10260-NMG
                      )
AARON SWARTZ          )
                      )
_____)
```

**ASSENTED-TO MOTION TO AMEND PRETRIAL BRIEFING SCHEDULE**

Now comes the defendant Aaron Swartz and respectfully moves that the deadlines for filing pretrial motions set forth in the Final Status Report, August 1, 2012 (Doc. 44), which were established before the return of the Superceding Indictment on September 12, 2012, be extended for both the defendant and the government, such that the defendant's motions will be due on October 5, 2012, and the government's responses will be due on November 13, 2012.

As reason therefor, defendant states that the additional week for the filing of motions he is requesting is necessary in light of the number and complexity of the motions to be filed.

Counsel has conferred with AUSA Stephen Heymann, who assents to the granting of this motion.

        Respectfully submitted,
        By his attorney,

        **/s/ Martin G. Weinberg**
        Martin G. Weinberg
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        (617) 227-3700 (tel.)
        (617) 338-9538 (fax)
        owlmgw@att.net

## CERTIFICATE OF SERVICE

  I, Martin G. Weinberg, hereby certify that on this 14th day of September, 2012, a copy of the foregoing document has been served via the Court's ECF system on all registered participants, including Stephen P. Heymann, AUSA.

                **/s/ Martin G. Weinberg**

                Martin G. Weinberg