# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

Plaintiff,

v.

AARON SWARTZ,

Defendant.

Crim. No. 11-CR-10260-NMG

## NOTICE OF APPEARANCE FOR DEFENDANT AARON SWARTZ

PLEASE TAKE NOTICE that Matthias Kamber of the law firm of Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111, Telephone (415) 391-5400, Fax (415) 397-7188, email: mkamber@kvn.com is entering his appearance as counsel of record for Defendant Aaron Swartz in the above-captioned matter.

The above-named attorney has registered for the Court's Electronic Court Filing ("ECF") in the above-captioned matter.  Copies of all pleadings and notices pertaining to the above-captioned matter not otherwise filed through the Court's ECF system should henceforth be served upon him at the following address:

Matthias Kamber
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111
Tel: 415-391-5400
Fax: 415-397-7188
Email: mkamber@kvn.com

As soon as the requisite certificates of good standing can be obtained from the California State Bar, motions for admission *pro hac vice* for Keker & Van Nest lawyers Elliot R. Peters, Daniel Purcell and Cody S. Harris will be filed with the Court pursuant to Local Rule 83.5.3. Subject to the Court granting those motions, it is anticipated that Mr. Peters will be lead counsel

1

704994.01

for Mr. Swartz going forward.  Requests to the California State Bar to obtain these certificates have been submitted on an expedited basis.  Counsel are aware that motions in the above-captioned matter are pending and a trial date has been set.  They further understand that Martin Weinberg, Esq. will be withdrawing as counsel.  They seek no alteration of the present schedule due to this substitution of counsel.

Dated:  October 31, 2012

Respectfully submitted,

/s/ *Matthias Kamber*
_____
MATTHIAS KAMBER (MA 654217)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400  (Telephone)
415 397 7188  (Facsimile)

Attorneys for Defendant AARON SWARTZ

## CERTIFICATE OF SERVICE

I, Matthias Kamber, hereby certify that on this date, October 31, 2012, a copy of the foregoing document has been served via CM/ECF Electronic Filing, upon Assistant U.S. Attorney Steven P. Heymann.

/s/ ***Matthias Kamber***
Matthias Kamber

2

704994.01