UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>AARON SWARTZ,<br><br>                 Defendant. | Crim. No. 11-CR-10260-NMG |

## NOTICE OF APPEARANCE FOR DEFENDANT AARON SWARTZ

PLEASE TAKE NOTICE that Michael J. Pineault of the law firm of Clements & Pineault, LLP, 24 Federal Street, Boston, MA 02110, Telephone No. 857 445 0135, Facsimile No. 857 366 5404, email: mpineault@clementspineault.com is entering his appearance as counsel of record for Defendant Aaron Swartz in the above-captioned matter.

The above-named attorney has registered for the Court's Electronic Court Filing ("ECF") in the above-captioned matter. Copies of all pleadings and notices pertaining to the above-captioned matter not otherwise filed through the Court's ECF system should henceforth be served upon him at the following address:

Michael J. Pineault
Clements & Pineault, LLP
24 Federal Street
Boston, MA 02110
Tel.:  (857) 445-0135
Fax:  (857) 366-5404
Email: mpineault@clementspineault.com

Motions for admission *pro hac vice* for Keker & Van Nest LLP lawyers Elliot R. Peters and Daniel Purcell will be filed with the Court pursuant to Local Rule 83.5.3. Subject to the Court granting those motions, it is anticipated that Mr. Peters will be lead counsel for Mr. Swartz

1

going forward. Counsel are aware that motions in the above-captioned matter are pending and a trial date has been set. They further understand that Martin Weinberg, Esq. will be withdrawing as counsel. They seek no alteration of the present schedule due to this substitution of counsel.

Dated: November 8, 2012                               Respectfully submitted,

/s/ Michael J. Pineault
Michael J. Pineault
Clements & Pineault, LLP
24 Federal Street
Boston, MA  02110
Tel.:   (857) 445-0135
Fax:   (857) 366-5404
Email: mpineault@clementspineault.com

Attorneys for Defendant AARON SWARTZ

## CERTIFICATE OF SERVICE

I, Michael J. Pineault hereby certify that on this date, November 8, 2012, a copy of the foregoing document has been served via CM/ECF Electronic Filing, upon Assistant U.S. Attorney Steven P. Heymann.

/s/ Michael J. Pineault
Michael J. Pineault

707409.01