UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>AARON SWARTZ,<br><br>            Defendant. | Crim. No. 11-CR-10260-NMG |

### NOTICE OF APPEARANCE FOR DEFENDANT AARON SWARTZ

PLEASE TAKE NOTICE that Michael J. Pineault of the law firm of Clements & Pineault, LLP, 24 Federal Street, Boston, MA 02110, Telephone No. 857 445 0135, Facsimile No. 857 366 5404, email: mpineault@clementspineault.com is entering his appearance as counsel of record for Defendant Aaron Swartz in the above-captioned matter.

The above-named attorney has registered for the Court's Electronic Court Filing ("ECF") in the above-captioned matter. Copies of all pleadings and notices pertaining to the above-captioned matter not otherwise filed through the Court's ECF system should henceforth be served upon him at the following address:

    Michael J. Pineault
    Clements & Pineault, LLP
    24 Federal Street
    Boston, MA 02110
    Tel.:   (857) 445-0135
    Fax:   (857) 366-5404
    Email: mpineault@clementspineault.com

Motions for admission *pro hac vice* for Keker & Van Nest LLP lawyers Elliot R. Peters and Daniel Purcell will be filed with the Court pursuant to Local Rule 83.5.3. Subject to the Court granting those motions, it is anticipated that Mr. Peters will be lead counsel for Mr. Swartz

1

going forward. Counsel are aware that motions in the above-captioned matter are pending and a trial date has been set. They further understand that Martin Weinberg, Esq. will be withdrawing as counsel. They seek no alteration of the present schedule due to this substitution of counsel.

Dated: November 8, 2012                                  Respectfully submitted,

                                                         */s/ Michael J. Pineault*
                                                         Michael J. Pineault
                                                         Clements & Pineault, LLP
                                                         24 Federal Street
                                                         Boston, MA  02110
                                                         Tel.:   (857) 445-0135
                                                         Fax:   (857) 366-5404
                                                         Email: mpineault@clementspineault.com

                                                         Attorneys for Defendant AARON SWARTZ

## CERTIFICATE OF SERVICE

I, Michael J. Pineault hereby certify that on this date, November 8, 2012, a copy of the foregoing document has been served via CM/ECF Electronic Filing, upon Assistant U.S. Attorney Steven P. Heymann.

                                                         */s/ Michael J. Pineault*
                                                         Michael J. Pineault

2

707409.01