# EXHIBIT A

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 11-CR-10260-NMG |
| Plaintiff, | |
| v. | |
| AARON SWARTZ, | |
| Defendant. | |

## LOCAL RULE 83.5.3(B) CERTIFICATE

## OF ELLIOT R. PETERS

I, Elliot R. Peters, am a partner in the firm of Keker & Van Nest, 633 Battery Street, San Francisco, California 94111, counsel to the defendant in this action, hereby certify that:

1.  I am a member in good standing of the Bar of the State of California.

2.  There are no disciplinary proceedings pending against me as a member of the Bar of the State of California.

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated:  November 8, 2012

_____
Elliot R. Peters

706353.01

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

October 30, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ELLIOT REMSEN PETERS, #158708 was admitted to the practice of law in this state by the Supreme Court of California on June 10, 1992; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records