# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>AARON SWARTZ,<br><br>      Defendant. | Crim. No. 11-CR-10260-NMG |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The Court has reviewed the Motion of Defendant Aaron Swartz to Admit Elliot R. Peters *Pro Hac Vice*.

Upon consideration of that motion, the Court grants attorney Elliot R. Peters *pro hac vice* admission to this Court

Dated: _____

                            _____
                            Honorable Nathanial M. Gorton
                            United States District Judge

706359.01