UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON SWARTZ,<br><br>Defendant. | Crim. No. 11-CR-10260-NMG |

### MOTION OF DEFENDANT

### TO ADMIT DANIEL E. PURCELL *PRO HAC VICE*

In accordance with Local Rule 83.5.3(b), through the undersigned attorney duly admitted to practice before this Court, the defendant hereby moves that Daniel Purcell be permitted to represent him in the above captioned action for all matters related to this case.

In support of this motion, the undersigned states:

1. Daniel Purcell is an attorney with the law firm of Keker & Van Nest, LLP, 633 Battery Street, San Francisco, California 94111-1809.

2. Daniel Purcell is admitted to practice before the State Bar of California (California State Bar No. 191424), United States District Court, Northern District of California and United States Court of Appeals for the Ninth Circuit.

3. Pursuant to Local Rule 85.5.3, a Certificate setting forth the necessary information for the admission of Daniel Purcell *pro hac vice* is submitted herewith as Exhibit A. The email address of Mr. Purcell is as follows:

dpurcell@kvn.com

4. The undersigned member of this Bar has agreed to act as local counsel for the above-listed defendant in this proceeding and, as such, agrees to be the recipient of all pleadings

1

706900.01

and communications on behalf of the above-listed defendants. The address and telephone number to which all such pleadings and communications may be sent are as follows:

>Keker & Van Nest LLP
>633 Battery Street
>San Francisco, CA 94111-1809

Wherefore, the undersigned respectfully requests that this Court admit Daniel Purcell *pro hac vice* to practice as a visiting attorney before this Court representing the above-listed defendants in all matters related to this proceeding. The appropriate admission fee in the amount of $100.00 has been paid. A [Proposed] Order is attached hereto.

## LOCAL RULE 7.1.(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for the above-listed defendants has conferred with counsel for plaintiff regarding this motion. Counsel for plaintiff has ASSENTED to the allowance of this motion.

Dated: November 8, 2012

Respectfully submitted,

/s/ Michael J. Pineault
Michael J. Pineault
Clements & Pineault, LLP
24 Federal Street
Boston, MA 02110
Tel.: (857) 445-0135
Fax: (857) 366-5404
Email: mpineault@clementspineault.com

Attorneys for Defendant AARON SWARTZ

706900.01

## CERTIFICATE OF SERVICE

I, Michael J. Pineault, hereby certify that on this date, November 8, 2012, a copy of the foregoing document has been served via CM/ECF Electronic Filing, upon Assistant U.S. Attorney Steven P. Heymann.

/s/ *Michael J. Pineault*
Michael J. Pineault