EXHIBIT A

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>AARON SWARTZ,<br><br>          Defendant. | Crim. No. 11-CR-10260-NMG |

## LOCAL RULE 83.5.3(B) CERTIFICATE

## OF DANIEL E. PURCELL

I, Daniel Purcell, am a partner in the firm of Keker & Van Nest, 633 Battery Street, San Francisco, California 94111, counsel to the defendant in this action, hereby certify that:

1.      I am a member in good standing of the Bar of the State of California.

2.      There are no disciplinary proceedings pending against me as a member of the Bar of the State of California.

3.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated:  November 8, 2012

_____
Daniel Purcell

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

October 30, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL EDWARD PURCELL, #191424 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records