UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>AARON SWARTZ,<br><br>  Defendant. | Crim. No. 11-CR-10260-NMG |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The Court has reviewed the Motion of Defendant Aaron Swartz to Admit Daniel Purcell *Pro Hac Vice*.

Upon consideration of that motion, the Court grants attorney Daniel Purcell *pro hac vice* admission to this Court

Dated: _____   _____
Honorable Nathanial M. Gorton
United States District Judge

1

706901.01