Upon clicking the PDF link to obtain the article, the user is prompted with the Terms & Conditions overlay and must click Proceed to PDF in order to begin the download (note: this is a one time click through per session)

