

Review: [untitled]
Author(s): Jacqueline Long
Source: Classical Philology, Vol. 86, No. 4 (Oct., 1991), pp. 357-364
Published by: The University of Chicago Press
Stable URL: http://www.jstor.org/stable/270097
Accessed: 09/10/2010 12:41

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp. JSTOR's Terms and Conditions of Use provides, in part, that unless
you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you
may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at
http://www.jstor.org/action/showPublisher?publisherCode=ucpress.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed
page of such transmission.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*The University of Chicago Press* is collaborating with JSTOR to digitize, preserve and extend access to
*Classical Philology.*

http://www.jstor.org