**Activity in MITnet computer registration database**

Fields:

mac, status, account, bcontact, tcontact, ace_type, ace, visit_name, visit_email, visit_phone, visit_sponsor, visit_course, visit_class, visit_total, visit_expires, comment, created_dt, created_tm, created_by, modified_dt, modified_tm, modified_by

Registration on Sept. 24:

INSERT INTO host_less  VALUES ('00235a735ffb',0,'visitor',NULL,NULL,0,0,'Gary Host','ghost@mailinator.com','','',NULL,NULL,5,'29-Sep-2010','','24-Sep-2010','22:46:19',0,'30-Sep-2010','12:57:46',182635)₩g

Registration on Oct. 2:

INSERT INTO host_less  VALUES ('00235a735ffc',0,'visitor',NULL,NULL,0,0,'Gary Host','ghost42@mailinator.com','','',NULL,NULL,10,'13-Oct-2010','','02-Oct-2010','10:20:37',0,'13-Oct-2010','05:54:22',182635)₩g

Registration on Oct. 8:

INSERT INTO host_less  VALUES ('0017f22cb074',0,'visitor',NULL,NULL,0,0,'Grace Host','ghost42@mailinator.com','','',NULL,NULL,5,'13-Oct-2010','','08-Oct-2010','22:13:26',0,'14-Oct-2010','10:45:57',182635)₩g

Registration on Oct. 22:

INSERT INTO host_less  VALUES ('004ce5a0c755',1,'visitor',NULL,NULL,NULL,NULL,'Grace Host','ghost42@mailinator.com','','',NULL,NULL,10,'11-Nov-2010','','22-Oct-2010','21:39:30',0,'06-Nov-2010','22:12:19',0)₩g

Registration on Nov. 28:

INSERT INTO host_less  VALUES ('004ce5a0c756',1,'visitor',NULL,NULL,NULL,NULL,'Grace Host','ghost42@mailinator.com','','',NULL,NULL,2,'07-Jan-2011','','28-Nov-2010','18:29:19',0,'06-Jan-2011','12:44:43',0)₩g

**Activity in DHCP logs corresponding to computer registration database**

ghost.txt:dhcplogger/dhcp-20100925.gz:Sep 24 22:45:35 installer dhcpd: DHCPOFFER on 18.2.55.247 to 00:23:5a:73:5f:fb (ghost-laptop) via 18.55.0.1

ghost.txt:dhcplogger/dhcp-20100930.gz:Sep 29 01:31:29 installer dhcpd: DHCPOFFER on 18.2.55.247 to 00:23:5a:73:5f:fb (ghost-laptop) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20100930.gz:Sep 29 01:39:52 installer dhcpd: DHCPOFFER on 18.2.55.247 to 00:23:5a:73:5f:fb (ghost-laptop) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20101001.gz:Sep 30 18:11:25 installer dhcpd: DHCPOFFER on 18.2.55.247 to 00:23:5a:73:5f:fb (ghost-laptop) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20101003.gz:Oct  2 10:20:07 installer dhcpd: DHCPOFFER on 18.2.55.212 to 00:23:5a:73:5f:fc (ghost-laptop) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20101003.gz:Oct  2 10:20:50 installer dhcpd: DHCPOFFER on 18.2.55.212 to 00:23:5a:73:5f:fc (ghost-laptop) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20101003.gz:Oct  2 10:20:54 installer dhcpd: DHCPOFFER on 18.2.55.212 to 00:23:5a:73:5f:fc (ghost-laptop) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20101003.gz:Oct  2 10:26:44 installer dhcpd: DHCPOFFER on 18.2.55.212 to 00:23:5a:73:5f:fc (ghost-laptop) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20101003.gz:Oct  2 10:27:06 installer dhcpd: DHCPOFFER on 18.2.55.212 to 00:23:5a:73:5f:fc (ghost-laptop) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20101003.gz:Oct  2 10:27:52 installer dhcpd: DHCPOFFER on 18.2.55.212 to 00:23:5a:73:5f:fc (ghost-laptop) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20101003.gz:Oct  2 10:28:45 installer dhcpd: DHCPOFFER on 18.2.55.212 to 00:23:5a:73:5f:fc (ghost-laptop) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20101003.gz:Oct  2 10:29:29 installer dhcpd: DHCPOFFER on 18.2.55.212 to 00:23:5a:73:5f:fc (ghost-laptop) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20101003.gz:Oct  2 10:30:29 installer dhcpd: DHCPOFFER on 18.2.55.212 to 00:23:5a:73:5f:fc (ghost-laptop) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20101008.gz:Oct  7 01:49:06 installer dhcpd: DHCPOFFER on 18.2.55.212 to 00:23:5a:73:5f:fc (ghost-laptop) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20101009.gz:Oct  8 22:12:09 installer dhcpd: DHCPOFFER on 18.2.55.166 to 00:17:f2:2c:b0:74 (ghost-macbook) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20101009.gz:Oct  8 22:15:06 installer dhcpd: DHCPOFFER on 18.2.55.166 to 00:17:f2:2c:b0:74 (ghost-macbook) via 18.55.0.1
ghost.txt:dhcplogger/dhcp-20101009.gz:Oct  8 22:58:57 installer dhcpd: DHCPOFFER on 18.2.55.212 to 00:23:5a:73:5f:fc (ghost-laptop) via 18.55.0.1
ghost-laptop_dhcp_01062011.txt:dhcp-20110107.gz:Jan  6 12:42:49 installer dhcpd: DHCPOFFER on 18.2.53.219 to 00:4c:e5:a0:c7:56 (ghost-laptop) via 18.53.0.1