

Building
**16**

M.I.T.
Private Property
No Trespassing
No Soliciting

Trespassers and solicitors will be subject to prosecution.