UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 11-10260-NMG |
| ) | |
| AARON SWARTZ, ) | |
| ) | |
| Defendant ) | |

MOTION FOR STATUS CONFERENCE

The United States moves this Court to hold a status conference to discuss:

(1) Scheduling hearings for the Court to consider Defendant's motions to suppress and motion to dismiss;

(2) Whether an evidentiary hearing is necessary to decide any of Defendant's motions and, if so, which ones;

(3) If an evidentiary hearing is necessary, how to limit testimony so that the hearing is not a substantial pre-trial of the case and instead focuses on those facts which the Court has determined after reading the parties's briefs are material, in dispute and are necessary to resolve before ruling on the motions; and

(4) Whether the timing of the hearing and probable timing of the resulting decisions counsels or necessitates briefly continuing the present trial date in this case.

The United States has conferred with counsel for the defendant and he does not oppose the scheduling of a status conference.

                                                  Respectfully submitted,

                                                  Carmen M. Ortiz
                                                  United States Attorney

                              By:    */s/ Stephen P. Heymann*
                                        STEPHEN P. HEYMANN
                                        SCOTT L. GARLAND
                                        Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            */s/ Stephen P. Heymann*
                                            STEPHEN P. HEYMANN
                                            Assistant United States Attorney

Date:November 30, 2012