UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AARON SWARTZ,<br><br>                Defendant. | No. 11-CR-10260-NMG |

### DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY BRIEFING AND EXHIBIT UNDER SEAL

Pursuant to Local Rule 7.2, Defendant Aaron Swartz, through undersigned counsel, hereby moves for leave to file under seal: (1) Defendant's Reply in Support of Motions to Suppress and Motion to Dismiss Counts 1 and 2 of Superseding Indictment and (2) the accompanying exhibit to the Reply brief.

As grounds for this motion, Defendant states that the documents he seeks to file under seal include information concerning grand jury testimony and covered by the Protective Order in this case (the "confidential material"). Defendant simultaneously will file a redacted version of the Reply brief, omitting the confidential material, via the CM/ECF system.

Pursuant to Local Rule 7.2, Defendant requests that the confidential material be impounded until further order of the Court.

713528.01

Dated:  December 3, 2012

Respectfully submitted,

*/s/ Elliot R. Peters*

Elliot R. Peters (admitted *pro hac vice*)
Daniel Purcell (admitted *pro hac vice*)
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA  94111
Tel.: (415) 391-5400
Fax: (415) 397-7188
Email: epeters@kvn.com
          dpurcell@kvn.com

Michael J. Pineault
Clements & Pineault, LLP
24 Federal Street
Boston, MA  02110
Tel.:  (857) 445-0135
Fax:  (857) 366-5404
Email: mpineault@clementspineault.com

Attorneys for Defendant AARON SWARTZ

2

713528.01

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 3, 2012.

>	*/s/ Elliot R. Peters*
>	Elliot R. Peters