# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>AARON SWARTZ,<br><br>              Defendant. | Crim. No. 11-CR-10260-NMG |

## DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL DATE AND EXPERT DISCLOSURE DEADLINE

Defendant Aaron Swartz hereby respectfully moves for a 120 day continuance of the trial date of this matter from February 4, 2013 to June 10, 2013, or the next available date on the Court's calendar after that date and for a continuance of his deadline for expert disclosure from December 11, 2012 to February 25, 2013.  In support of this motion, Swartz submits the accompanying memorandum of law.

Dated:  December 3, 2012

Respectfully submitted,

*/s/ Elliot R. Peters*
Elliot R. Peters (admitted *pro hac vice*)
Daniel Purcell (admitted *pro hac vice*)
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA  94111
Tel.: (415) 391-5400
Fax: (415) 397-7188
Email: epeters@kvn.com
       dpurcell@kvn.com

>Michael J. Pineault
>Clements & Pineault, LLP
>24 Federal Street
>Boston, MA  02110
>Tel.: (857) 445-0135
>Fax: (857) 366-5404
>Email: mpineault@clementspineault.com
>
>Attorneys for Defendant AARON SWARTZ

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for Swartz has conferred with counsel for the Government in an attempt to resolve or narrow the issues presented by this motion, but were unable to reach agreement.

>*/s/ Elliot R. Peters*
>Elliot R. Peters

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 3, 2012.

                                              */s/ Elliot R. Peters*
                                              ELLIOT R. PETERS

713555.01