UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                    Plaintiff, <br><br>     v. <br><br> AARON SWARTZ, <br><br>                    Defendant. | Crim. No. 11-CR-10260-NMG |

### DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL DATE
### AND EXPERT DISCLOSURE DEADLINE

      Defendant Aaron Swartz hereby respectfully moves for a 120 day continuance of the trial date of this matter from February 4, 2013 to June 10, 2013, or the next available date on the Court's calendar after that date and for a continuance of his deadline for expert disclosure from December 11, 2012 to February 25, 2013.  In support of this motion, Swartz submits the accompanying memorandum of law.

Dated:  December 3, 2012

                                                                    Respectfully submitted,

                                                                     */s/ Elliot R. Peters*
                                                                 Elliot R. Peters (admitted *pro hac vice*)
                                                                 Daniel Purcell (admitted *pro hac vice*)
                                                                 Keker & Van Nest LLP
                                                                 633 Battery Street
                                                                 San Francisco, CA  94111
                                                                 Tel.: (415) 391-5400
                                                                Fax: (415) 397-7188
                                                                Email: epeters@kvn.com
                                                                         dpurcell@kvn.com

713555.01

                    Michael J. Pineault
Clements & Pineault, LLP
24 Federal Street
Boston, MA  02110
Tel.: (857) 445-0135
Fax: (857) 366-5404
Email: mpineault@clementspineault.com

Attorneys for Defendant AARON SWARTZ

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for Swartz has conferred with counsel for the Government in an attempt to resolve or narrow the issues presented by this motion, but were unable to reach agreement.

*/s/ Elliot R. Peters*
Elliot R. Peters

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 3, 2012.

*/s/ Elliot R. Peters*
ELLIOT R. PETERS
