United States District Court
District of Massachusetts

|  |  |
|---|---|
| UNITED STATES, )<br>)<br>v.  )<br>)<br>AARON SWARTZ, )<br>       Defendant. )<br>) | Criminal Case No.<br>11-10260-NMG |

**NOTICE**

**GORTON, J.**

This is to memorialize the Court's rulings during a status conference held December 14, 2012.

The Court will hold an evidentiary hearing with respect to defendant's motions to suppress (Docket Nos. 59 - 63) on Friday, January 25, 2013 at 1:30 P.M. The hearing will be completed before the close of business that day with time alloted equally to each party.

The subject matter of the evidentiary hearing will be limited to the following subjects:

(1) the basis for the government's 34-day delay in obtaining a warrant to search the contents of defendant's seized computer equipment;

(2) whether defendant physically trespassed on MIT's property, with particular regard to the placement of defendant's laptop inside a wiring closet in Building 16; and

(3) whether defendant abandoned the laptop he left at MIT.

Defendant's motion to continue the trial and the deadline to

-1-

disclose experts (Docket No. 88) is **ALLOWED, in part, and DENIED, in part.** The deadline for defendant's disclosure of expert witnesses is extended from December 11, 2012 until January 25, 2013. The trial will commence on Monday, April 1, 2013 at 9:00 A.M.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated December 17, 2012