UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | Criminal No. 11-10260-NMG |
| ) | |
| AARON SWARTZ,   ) | |
| ) | |
| Defendant   ) | |

### MOTION FOR LEAVE TO FILE A RESPONSE TO NEW CONTENTIONS IN DEFENDANT'S SUPPLEMENTAL MEMORANDUM

The government requests permission to file the attached brief response to new contentions made by the Defendant in his Supplemental Memorandum in Support of his Motion to Suppress. The defendant does not object to the filing of a pleading similar in length to his own and directed solely to the matters he addresses in his Supplemental Memorandum.

Respectfully submitted,

Carmen M. Ortiz
United States Attorney

By:   */s/ Stephen P. Heymann*
STEPHEN P. HEYMANN
SCOTT L. GARLAND
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Stephen P. Heymannn*
STEPHEN P. HEYMANN
Assistant United States Attorney

Date:   January 9, 2013