| | |
|---|---|
| **From:** | Murphy, Joseph <jmurphy@cambridgepolice.org> |
| **Sent:** | Wednesday, February 23, 2011 4:52 PM (GMT) |
| **To:** | Heymann, Stephen (USAMA) <Stephen.Heymann@usdoj.gov> |
| **Cc:** | michael.pickett@usss.dhs.gov |
| **Subject:** | Evidence Movement |

Please consider this email as written chronology for four pieces of evidence seized on January 6, 2011. These four items are

1 Acer Netbook/Laptop

1 Hard Drive Enclosure with cords

1 Hard Disk Drive – Western Digital

1 USB Thumb/Flash Drive

These items were grouped into two lots as they were recovered from two locations, the Netbook, HDD enclosure and HDD is one group and the USB Thumb/Drive being the other group.

The Cambridge Police headquarters has two secure areas with limited access on the third floor. One area being called the Property / Evidence Unit and the other being the Identification Unit Laboratory. The wall between these units has an installed evidence locker designed as a pass through system from Evidence to Indentifation for processing. Upon completion of analysis the items are passed back through the locker system from the Identification Unit back to Evidence.

February 3, 2011 at approximately 11:00am Special Agent Pickett and I (Joseph Murphy) received the four evidence items from MIT Police Sergeant Craig Martin.

We drove directly from MIT PD to Cambridge Police HQ

February 3, 2011 @ 11:27am the USB Thumb / Flash Drive was logged into Evidence and placed in the evidence locker.

February 3, 2011 @ 11:31am the Netbook, enclosure and HDD were logged into evidence and placed in the evidence locker.

February 3, 2011 @ 11:35am the USB Thumb / Flash Drive was taken from the locker and placed in the ID unit lab.

February 3, 2011 @ 11:35am the Netbook, enclosure and HDD were taken from the locker and placed in the ID unit lab.

February 11, 2011 @ 3:50pm the USB Thumb / Flash Drive was taken from the ID unit lab and placed in the locker.

February 11, 2011 @ 3:09pm the Netbook, enclosure and HDD were taken from the ID unit lab and placed in the locker.

Since February 11, 2011 the above mentioned items have been in the custody of the Evidence / Property Unit and been secured.

Will this timeline suffice? I have printed out the Custody information reports from CPD's database and will add those forms to the records being kept.

Joe