# EVIDENCE
# Processing Worksheet

Case #: 11-00078   Type of Crime: Computer Crime

Date Processed: [M T W (TH) F S Sun] 2/3/11   Time Processed: 11:35
2/10/11

Processing Location: ☒ 125 Sixth St. (Station)

☐ Other: _____

Technician: Dolan / Kardashian

Date of Evidence Submission: 2/3/11   Submitting Officer: Property

Suspect(s): Aaron SWARTZ   Victim(s):

Officers Assisting: NONE   Det. Assigned: Murphy, Joe

Photos Taken: (Y) N   # of Photos: 7 +10 2/10/11   Total # of Packages Submitted: 2

| INV # | Quantity | Evidence Description | Package Type | Results |
|---|---|---|---|---|
| E1 | (1) | Flash drive: black plastic, HP, 8GB, on silver metal tip; # 004SMK8T1; below # is #85102 + below that is "V125w" measures 5.3x1.7x.08cm | (5) clear plastic red evidence bag | 46+21 add'l on 2/10/11 |
| CS1 | (1) | Mini laptop: black base w/ silver top reading "acer"; make:acer / model: aspireone; S/N: LUSAX0P00100110O1E1601; SNID:0010655616; Model #NAV50; USB cord & 2 power cords (all black) connected to laptop; battery pack S/N: A20-1D804-02L880, or other plug # see crime scene notes; USB cord connects CS1+CS2a; 25.9x18.3x2.5cm | (5) clear plastic evidence bag | |
| CS2 | 1 | External Hard Drive Compartment: silver w/ top + bottom that separate from each other; top reads "rocketfish"; bottom reads "RF 3.5" SATA HD Enclosure" + RF-AHD35"; inside bottom is green electronic base w/ white labels w/ #s 8G05669074 and 8KO5; silver battery in this area has # 82732A1; black USB cord connects bottom to CS1; 20.2x13.1x4.3cm | | Neg |
| CS2a | 1 | External Hard Drive - Removable Unit: black sides + bottom w/ reflective silver metal top; on top is green + white label w/ product info: Western Digital, S/N:WMAZA1626675, MDL:WD20EARS-00MVWB0; 2.0TB; on bottom is green electronic panel w/ white label w/ # 2061-771698-102 AA; measures 10.3x14.5x2.4cm | | POS. 1LPL |

page 3 of 4

- Det. Murphy came in @ 11:30 on 2/3/11 + took pictures of these items to use for the affadavit, packages were sealed then opened in ID Unit