# EVIDENCE Processing Worksheet

Case #: 11-00078   Type of Crime: Computer Crime

Date Processed: [M T W (TH) F S Sun] 2/3/11 ~~1/2/10/11~~   Time Processed: 11:35

Processing Location: ☒ 125 Sixth St. (Station)

☐ Other: _____

Technician: Dolan / Kardashian

Date of Evidence Submission: 2/3/11

Submitting Officer: (Property)

Suspect(s): Aaron SWARTZ

Victim(s):

Officers Assisting: NONE

Det. Assigned: Murphy, Joe

Photos Taken: (Y) N   # of Photos: 7 +10 2/10/11   Total # of Packages Submitted: 2

| INV # | Quantity | Evidence Description | Package Type | Results |
|---|---|---|---|---|
| E1 | (1) | Flash drive; black plastic, "hp", 8GB, on silver metal tip; # 004SMK871; below # is #85102 + below that is "V125w"; measures 5.3 × 1.7 × 0.8 cm | (5) clear plastic evidence bag | 1RD |
| CS1 | (1) | Mini laptop; black base w/ silver top reading "acer", make acer / model: aspire one; S/N: LUSAX0B00100110Q1E1601; SNID: 0010655616; Model # NAY50; USB cord & 2 power cords (all black) connected to laptop; battery pack S/N: A20-B0304-020880; other plug # to see crime scene notes; USB cord connects CS1 + CS2a; 20.9 × 18.3 × 2.5 cm | (5) clear plastic evidence bag | 46 + 21 add'l on 2/10/11 |
| CS2 | 1 | External Hard Drive Compartment; silver w/ top & bottom that separate from each other; top reads "rocketfish"; bottom reads "RF 3.5" SATA HD Enclosure Kit RF-AHD35"; inside bottom is green electronic board w/ white labels w/ #s 8G05L69074 and 8K03; silver battery in this area has #82732A1; black USB cord connects bottom to CS1; 20.2 × 13.1 × 4.3 cm | | Neg |
| CS2a | 1 | External Hard Drive - Removable Unit; black sides + bottom w/ reflective silver metal top; on top is green + white label w/ product info: Western Digital, S/N: WMAZA1620675, MDL: WD20EARS-00MVWB0; 2.0TB; on bottom is green electronic panel w/ white label w/ # 2061-771698-102 AA; measures 10.3 × 14.5 × 2.4 cm | | POS. 1LPL |

page 3 of 4

- Det. Murphy came in @ 11:30 on 2/3/11 + took pictures of these items to use for the affadavit, packages were sealed then opened in ID Unit