UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-10260-NMG |
| | ) | |
| AARON SWARTZ | ) | |

### DISMISSAL

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses the case presently pending against Defendant Aaron Swartz. In support of this dismissal, the government states that Mr. Swartz died on January 11, 2013.

Respectfully submitted,

1/14/13
Date

*Carmen M. Ortiz*
CARMEN M. ORTIZ
United States Attorney

*Stephen P. Heymann*
STEPHEN P. HEYMANN
Assistant U.S. Attorney

Leave to File Granted:

_____
Nathaniel M. Gorton, Judge
United States District Court