UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>AARON SWARTZ,<br><br>      Defendant. | Crim. No. 11-CR-10260-NMG |

**DECLARATION OF ALEC RESNICK IN SUPPORT OF
DEFENDANT'S MOTION TO MODIFY PROTECTIVE ORDER**

I, ALEC RESNICK, declare as follows:

1. I am the executor for the estate of Aaron Swartz. Unless otherwise stated below, I have personal knowledge of the facts set forth in this declaration and, if called upon, could and would testify competently thereto.

2. I have authorized Mr. Swartz's defense counsel, Elliot R. Peters, Daniel Purcell, and Michael J. Pineault, to represent and act on behalf of Mr. Swartz's estate for the sole purpose of moving for modification of the Protective Order entered in the criminal case against Mr. Swartz. As the executor of Mr. Swartz's estate, I confirm that the estate has a direct and compelling interest in public disclosure of the full factual record regarding the investigation and prosecution of the case against Mr. Swartz, which disclosure can be accomplished only by modification of the Protective Order and the publication of information related to the investigation and prosecution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in ___Massachusetts___ on March _08_, 2013.

                     _____
                     Alec Resnick

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF), that paper copies will be sent to those indicated as non-registered participants, and that copies simultaneously will be served by overnight mail on the following attorneys:

Jack W. Pirozzolo
First Assistant United States Attorney
District of Massachusetts
John Joseph Moakley Federal Courthouse
One Courthouse Way
Boston, MA 02210

Jonathan Kotlier
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(Counsel for MIT)

Jeremy Feigelson
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(Counsel for JSTOR)

*/s/ Elliot R. Peters*
Elliot R. Peters