# EXHIBIT A

DARRELL E. ISSA, CALIFORNIA
CHAIRMAN

JOHN L. MICA, FLORIDA
MICHAEL R. TURNER, OHIO
JOHN J. DUNCAN, JR., TENNESSEE
PATRICK T. McHENRY, NORTH CAROLINA
JIM JORDAN, OHIO
JASON CHAFFETZ, UTAH
TIM WALBERG, MICHIGAN
JAMES LANKFORD, OKLAHOMA
JUSTIN AMASH, MICHIGAN
PAUL A. GOSAR, ARIZONA
PATRICK MEEHAN, PENNSYLVANIA
SCOTT DesJARLAIS, TENNESSEE
TREY GOWDY, SOUTH CAROLINA
BLAKE FARENTHOLD, TEXAS
DOC HASTINGS, WASHINGTON
CYNTHIA M. LUMMIS, WYOMING
ROB WOODALL, GEORGIA
THOMAS MASSIE, KENTUCKY
DOUG COLLINS, GEORGIA
MARK MEADOWS, NORTH CAROLINA
KERRY L. BENTIVOLIO, MICHIGAN
RON DeSANTIS, FLORIDA

LAWRENCE J. BRADY
STAFF DIRECTOR

ONE HUNDRED THIRTEENTH CONGRESS

**Congress of the United States**

**House of Representatives**

COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM

2157 RAYBURN HOUSE OFFICE BUILDING

WASHINGTON, DC 20515–6143

MAJORITY   (202) 225–5074
FACSIMILE   (202) 225–3974
MINORITY   (202) 225–5051

http://oversight.house.gov

ELIJAH E. CUMMINGS, MARYLAND
RANKING MINORITY MEMBER

CAROLYN B. MALONEY, NEW YORK
ELEANOR HOLMES NORTON,
   DISTRICT OF COLUMBIA
JOHN F. TIERNEY, MASSACHUSETTS
WM. LACY CLAY, MISSOURI
STEPHEN F. LYNCH, MASSACHUSETTS
JIM COOPER, TENNESSEE
GERALD E. CONNOLLY, VIRGINIA
JACKIE SPEIER, CALIFORNIA
MATTHEW A. CARTWRIGHT, PENNSYLVANIA
MARK POCAN, WISCONSIN
L. TAMMY DUCKWORTH, ILLINOIS
DANNY K. DAVIS, ILLINOIS
TONY CARDENAS, CALIFORNIA
STEVEN A. HORSFORD, NEVADA
MICHELLE LUJAN GRISHAM, NEW MEXICO

February 4, 2013

Mr. Daniel Purcell
Keker & Van Nest
633 Battery Street
San Francisco, CA 94111

Dear Mr. Purcell:

We understand that you are currently representing the family of Aaron Swartz. We ask that you extend to them our deepest sympathies for the loss of their son.

As you know, the Committee is investigating allegations relating to the circumstances surrounding Mr. Swartz's prosecution. The Committee is also examining the Computer Fraud and Abuse Act, which was cited in several counts of the indictment in this matter, to determine whether reforms may be necessary.

In discussions with our staff, you explained that you are in possession of documents that were turned over by the U.S. Attorney's Office as part of the discovery process in the case against Mr. Swartz, but that these documents currently may be under seal as a result of an order issued by the court during the litigation.

We are writing to officially request copies of the documents provided to Mr. Swartz during this case. In terms of communicating with the court regarding any sealing orders, this letter serves as written confirmation of the Committee's interest in obtaining copies of these documents.

If you have any questions, please contact Henry Kerner at (202) 225-5074 or Jaron Bourke at (202) 225-5051. Thank you for your cooperation with this matter.

Sincerely,

Darrell E. Issa
Chairman

Elijah E. Cummings
Ranking Member