# EXHIBIT B

## CLEMENTS & PINEAULT, LLP
24 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

Michael J. Pineault
mpineault@clementspineault.com

Phone: 857-445-0135
Fax: 857-366-5404

February 7, 2013

**VIA E-MAIL and FIRST CLASS MAIL**

Jack Pirozzolo
First Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re:   United States v. Swartz, No. 11-cr-10260-NMG

Dear Jack:

I write to convey two requests concerning the Aaron Swartz matter.

First, Aaron's family requests the return of the property that was seized from him. Please let me know if the United States will agree to return the seized property and, if so, how quickly that can happen. If there any items that the United States believes it has a legitimate reason to retain, please provide a list of such items with a brief explanation of the basis for the government's belief that it is entitled to retain them.

Second, by letter to Keker & Van Nest dated February 4, the House Committee on Oversight and Government Reform (the "Committee") has requested that Aaron's counsel produce copies of all discovery materials provided to the defense by the U.S. Attorney's Office in this matter. Cooperation with that request will necessitate a modification to the Protective Order that the court entered in this matter (Docket # 28) so as to permit Aaron's counsel to produce the requested materials to the Committee. Would you please let me know if the United States will stipulate/assent to such a modification? Thank you.

Sincerely,

Michael J. Pineault

cc:   Elliot Peters, Esq.
      Daniel Purcell, Esq.
      Stephen P. Heymann, Esq.
      Scott Garland, Esq.