UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL No. 11-CR-10260-NMG |
| AARON SWARTZ, | |
| Defendant | |

NOTICE OF APPEARANCE

I, Jack W. Pirozzolo, First Assistant United States Attorney, hereby enter my appearance in the above-captioned matter on behalf of the United States.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: */s/ Jack W. Pirozzolo*
Jack W. Pirozzolo
First Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo
First Assistant United States Attorney

Dated: March 15, 2013