# TAB A

████████████████████

**From:**          MICHAEL PICKETT (BOS) <Michael.Pickett@usss.dhs.gov>
**Sent:**          Thursday, January 06, 2011 2:09 PM
**To:**            ████████████████████
**Subject:**       Re: Packet Capture

How could I get a copy of the network traffic?

Michael Pickett

Sent from Blackberry

**From:** ████████@MIT.EDU>
**To:** MICHAEL PICKETT (BOS); ████████████@mit.edu>
**Cc:** ████████████@mit.edu>; ████████████@mit.edu>
**Sent:** Wed Jan 05 17:01:53 2011
**Subject:** Packet Capture

Hi there,
I have collected about 70G of network traffic so far with about 98% of which is the JSTOR journal downloads. I've done some initial checking of the capture and I don't see anything that identifies a command and control channel. I was just wondering what the next step is.

Thank you

████████████████████

Massachusetts Institute of Technology
████████████████
Cambridge, MA 02139
████████████
████@mit.edu

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

MIT-000221