# TAB A

## Heymann, Stephen (USAMA)

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@ithaka.org>
**Sent:** Wednesday, July 20, 2011 12:00 PM
**To:** ▓▓▓▓▓@debevoise.com; Heymann, Stephen (USAMA)
**Subject:** Fw: A plea to Lulzsec and AnonyOps from @▓▓▓▓▓

Looks like Anonymous wants to take us down.

---

**From:** ▓▓▓▓▓
**Sent:** Wednesday, July 20, 2011 11:41 AM
**To:** ▓▓▓▓▓
**Subject:** A plea to Lulzsec and AnonyOps from @▓▓▓▓▓

@LulzSec Aaron Swartz wants to take down @JSTOR and so does Anonymous @AnonyOps. Don't retire yet lets burn the ivory tower. #OpJamSTOR

JSTOR | Portico

1