# TAB C

Case 1:11-cr-10260-NMG   Document 112-3   Filed 03/29/13   Page 1 of 6

# Israel Ruiz writes to MIT community regarding recent hoax

### EVP and Treasurer discusses dangerous campus disturbance.

February 28, 2013

*On Wednesday, Feb. 27, Executive Vice President and Treasurer Israel Ruiz emailed the MIT community about the <u>disturbance</u> that occurred on the MIT campus on Saturday, Feb. 23.*

To the members of the MIT community:

This past weekend, a distressing event disrupted the life of our campus community. I am writing now to share details about the incident and important information that affects us all.

**The incident itself**
On Saturday, February 23 at 7:28 AM, the dispatch center at the Cambridge Police Department (CPD) received an electronic communication reporting an emergency at 77 Massachusetts Avenue. The communication came through a Sprint relay message service designed for people with hearing or speech impediments. The communication went on for more than 18 minutes, with a Sprint relay operator interacting with the caller and in turn communicating with a CPD dispatcher.

One minute into the communication, the caller reported someone with a "really big gun," and "armor" who was "getting out of control." The CPD dispatcher immediately sent CPD units and State Police to the site, and notified MIT Police.

Within two minutes of being notified, the first MIT Police units entered Building 7. A team of six MIT Police officers coordinated with upwards of 25 CPD and State Police to immediately secure the area to keep the community safe and to search the Main Group. This tight teamwork was possible because all MIT Police officers train with CPD for emergency scenarios.

At 7:32 AM, the caller identified the alleged gunman by name. The person named was confirmed to be a member of MIT's staff. This person was later questioned and found not to be connected to the incident in any way.

At 7:35 AM, the caller identified MIT President Rafael Reif as the target and said that the alleged gunman was heading towards the administration offices. At 7:37 AM, the caller indicated that the alleged gunman was retaliating against people involved in the suicide of Aaron Swartz. The officers continued their search of the Main Group and proceeded to a second location to ensure the safety of MIT's President. At 8:52 AM, a campus-wide alert was sent.

**Assessing MIT's response**
The tactical police response was outstanding, with an incredibly fast response time. Our officers worked actively to search and secure the buildings until they could confidently issue an "all-clear" a few hours later. We are deeply grateful to these officers for their courage and professionalism.

It is clear, however, that while the officers focused on securing the area and ensuring the safety of the targeted individuals, we should have alerted the community about the threat much more quickly and that the communication protocols we had in place did not meet the community's reasonable expectations. We have already revised our procedures to make sure that we are now in a position to alert the community within minutes of such an incident.

The incident was a hoax -- but this is not a game
As we all know by now, there was never a gunman on campus. The reported sighting was a hoax. But that does not mean that it was minor or to be taken lightly. For a time on Saturday morning, upwards of 30 armed police officers were searching a building for a person they believed was also armed; it is not hard to see how someone could have been seriously injured by mistake. This hoax also involved a malicious allegation against a member of our community and direct threats of physical harm to MIT staff. We should all understand that this is not a game.

Next steps
This incident has created the opportunity to refresh the community's understanding of MIT's safety protocols and procedures. In the near future, we will incorporate such training into MIT's many orientation programs. I have also asked MIT's Security and Emergency Management Office (SEMO) staff to reach out and share this information with all facets of our community, including those living in our residence halls and FSILGs. These briefings will start next week.

In the meantime, rest assured that we have redoubled our efforts to ensure the safety of the MIT community, to protect the security and integrity of our campus, and to preserve our shared ability to advance the work of MIT.

Sincerely,
Israel Ruiz

Westlaw.

2/28/13 BOSTONG B

NewsRoom

Page 1

2/28/13 Boston Globe B
2013 WLNR 4981743
Loaded Date: 02/28/2013

Boston Globe (MA)
Copyright 2013 Globe Newspaper Company

February 28, 2013

Section: News

MIT says hoax motivated by Swartz death
President called target
Derek J. Anderson
Globe Correspondent

The caller who made unfounded claims that a gunman was on the Massachusetts Institute of Technology's campus last weekend said the target was the university's president and that he was motivated by the suicide of Web activist Aaron Swartz, according to a letter from a top MIT official.

In the note to the MIT community, Israel Ruiz, the school's executive vice president and treasurer, addressed the hoax, the police response, and what is next for the institution.

"At 7:35 a.m., the caller identified MIT president Rafael Reif as the target and said that the alleged gunman was heading towards the administration offices," wrote Ruiz. "At 7:37 a.m., the caller indicated that the alleged gunman was retaliating against people involved in the suicide of Aaron Swartz."

A spokesman from MIT, and Cambridge police, confirmed on Wednesday that the caller stated that Swartz's death was the motivation behind the hoax.

The MIT community was alerted to the potential gunman at 8:52 a.m., over an hour after the call was made to Cambridge police.

"We should have alerted the community about the threat much more quickly and that the communication protocols we had in place did not meet the community's reasonable expectations," wrote Ruiz.

The fake call came into Cambridge police at about 7:30 a.m. on Feb. 23. The caller, still unknown to authorities, used a Sprint relay message service, which is designed for people with hearing or speech impediments, and talked with a dispatcher for more than 18 minutes, the letter said.

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

"One minute into the communication, the caller reported someone with a 'really big gun,' and 'armor' who was 'getting out of control,' " Ruiz wrote. "Within two minutes of being notified, the first MIT police units entered Building 7."

Ruiz commended the police response to the incident, but said the university has revised its communication procedures so alerts can be sent out to the community within minutes.

The MIT official pointed out the hoax could have led to serious accidental injuries as heavily armed police searched the campus for a gunman that never existed.

"This hoax also involved a malicious allegation against a member of our community and direct threats of physical harm to MIT staff," he said. "We should all understand that this is not a game."

Ruiz also wrote that the university would be refreshing everyone's knowledge and comprehension of safety protocols. Briefings by the Security and Emergency Management Office will begin next week and be available for the MIT community, he said.

The Globe reported this week that the FBI and Secret Service confirmed on Monday that they have joined the Cambridge and MIT police departments to aid in the investigation.

Dan Riviello, a spokesman for Cambridge police, said no further information could be released regarding the investigation besides that confirmation that Swartz was mentioned in the call.

Swartz, a Web entrepreneur and political activist who was charged with hacking into MIT's network and downloading millions of documents from a subscription-based archive, committed suicide in January.

In July 2011, he was charged in US District Court in Boston for the alleged hacking of JSTOR on MIT's network in 2010.

Authorities claimed Swartz planned to distribute the documents for free on file-sharing websites. According to court documents, he pleaded not guilty to the charges. In the weeks since his suicide, MIT's computer systems have been hacked several times in an apparent protest by activists upset about Swartz's death and the efforts to prosecute him.

Derek J. Anderson can be reached at derek.anderson@globe.com.

---- INDEX REFERENCES ---

COMPANY: SPRINT NEXTEL CORP

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

2/28/13 BOSTONG B                                                                                     Page 3

NEWS SUBJECT: (Cybercrime & Viruses (1CY34); Civil Rights Law (1CI34); Criminal Law (1CR79); Social Issues (1SO05); Legal (1LE33); Police (1PO98); Crime (1CR87))

INDUSTRY: (Internet Security (1IN07); Internet (1IN27); Internet Regulatory (1IN49); Security Software (1SE53))

REGION: (North America (1NO39); Massachusetts (1MA15); Americas (1AM92); USA (1US73); U.S. New England Region (1NE37))

Language: EN

OTHER INDEXING: (Israel Ruiz; Aaron Swartz; Rafael Reif; Dan Riviello)

Word Count: 586
2/28/13 BOSTONG B
END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.