# TAB D

**8 investing mistakes you should avoid in 2013.**
If you have a $500,000 portfolio, download the guide by *Forbes* columnist and money manager Ken Fisher's firm. It's called "The Eight Biggest Mistakes Investors Make and How to Avoid Them." Even if you have something else in place right now, it *still* makes sense to request your guide! Click Here to Download Your Guide!     FISHER INVESTMENTS

**THE WALL STREET JOURNAL.**
WSJ.com

January 28, 2013, 7:02 PM ET

# After Attack, Sentencing Agency Struggles to Get Back Online

By Jacob Gershman


AP

More than two days since hackers attacked and defaced the website of the U.S. Sentencing Commission, the agency's site is still dark.

Law Blog checked in with the commission about when its site would be restored. "I wish I knew," said Jeanne Doherty, a spokeswoman for the commission. "It's too early for me to speculate. We're working on it."

The agency restored the site Saturday evening — only to pull it back down after it was hacked again later that night.

A loosely connected movement of hackers operating under the banner of "Anonymous" took credit for breaching the site on Saturday. Hackers warned in a video that the attack was a first salvo in a cyber-protest against the prosecution of Aaron Swartz (right), the 26-year-old Internet activist who hanged himself months before he was slated to go on trial for breaking into Massachusetts Institute of Technology's network and stealing millions of academic journal articles.

The FBI's Richard McFeely, executive assistant director of the Criminal, Cyber, Response, and Services Branch, said in a statement that the FBI was aware of the attack as soon as it happened and is "handling it as a criminal investigation," the Associated Press reported.

Hackers distributed encrypted files for public download containing what they claimed to be a trove of sensitive government documents. They likened the files to "warheads" and threatened to disclose their contents by releasing "trigger" codes enabling their decryption. Their demands were vague, but basically they want an overhaul of sentencing laws for computer crimes.

The hackers, in their video, said that after Mr. Swartz's death, they made a decision to "engage the United States Department of Justice and its associated executive branches in a game of a similar nature."

It's worth pointing out that the U.S. Sentencing Commission isn't part of the Justice Department or even part of the executive branch. It's an independent agency within the judicial branch that promulgates sentencing guidelines based on statutes passed by Congress. "We're in the judicial branch," said Ms. Doherty.

Copyright 2013 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com