# TAB E

# Swartz case protest at Boston US Attorney's home

**AP / March 12, 2013**

MILTON, Mass. (AP) — Police say three masked people took "wanted" posters and a cake to Boston U.S. Attorney Carmen Ortiz's suburban home last weekend to protest her prosecution of Internet activist Aaron Swartz.

Milton Deputy Police Chief Charles Paris said Ortiz's neighbors called police around 4:30 p.m. Saturday. The protesters told officers they're affiliated with groups that blame federal prosecutors for Swartz's suicide in January. Swartz was awaiting trial on charges he used the Massachusetts Institute of Technology's computer network to illegally download millions of academic articles.

The posters bore Ortiz's name and the cake had frosting words, "Justice for Aaron."

Paris said Monday police sent the cake to the FBI. The protesters weren't arrested.

Ortiz said in a statement to The Boston Globe a protest at her office would have been more appropriate.

© Copyright 2013 Globe Newspaper Company.

The Boston Globe                          South

MILTON

# Swartz protesters go to prosecutor's home

**By Dave Eisenstadter** | GLOBE CORRESPONDENT   MARCH 17, 2013

Milton police on March 16 responded to a small demonstration by people who went to the home of US Attorney Carmen Ortiz to protest her handling of the Aaron Swartz case. The protesters, who identified with the Occupy movement, placed "Wanted" posters bearing Ortiz's name near her Milton home and left a cake on the property with the words "Justice for Aaron" written in frosting, according to Deputy Police Chief Charles Paris. Police sent the cake to the FBI, he said. Ortiz said last week that she respected the rights of individuals to express views, but added that protesters wearing masks in her neighborhood frightened her children and neighbors. Swartz, who was charged with illegally obtaining documents from protected computers, committed suicide in January.

Get two weeks of FREE unlimited access to BostonGlobe.com. No credit card required.

© 2013 THE NEW YORK TIMES COMPANY