# TAB F



