# TAB G



Prof. Philip Heymann
HARVARD LAW SCHOOL
1563 Massachusetts Ave
Cambridge MA 02138

¡Te quiero, Felipe!

02143029659

