**Collection of Online Comments Posted on March 19th and 20th, 2013 in Response to Huffington Post Article Concerning President Rafael Reif's Public Statement Regarding Documents**

9 hours ago ( 7:48 AM)
I hope the MIT officials live with that fear for the rest of their lives for what they did

20 hours ago ( 8:39 PM)
They probably deserve what they are getting.

21 hours ago ( 7:38 PM)
To me the whole case was pointless. I wonder how MIT people sleep at night, oh I forgot they are being harassed now, good.

22 hours ago ( 6:30 PM)
By hiding and suppressing these names, MIT is practically screaming for Anonymous to show up and reveal them.

24 hours ago ( 5:19 PM)
Actually, they're reaping EXACTLY what they sowed. Let the have a taste of what they caused. I'm pretty sure none of them will be harrassed to the point of killing themselves, so they get the "soft" version and still whine about it.

24 hours ago ( 4:38 PM)
If the courts will not punish these killers, the people must.

04:31 PM on 03/19/2013
..at least no one has harassed any of them to DEATH! Sorry MIT no sympathy over here....

04:27 PM on 03/19/2013
Good, MIT deserves all the harassment they can get. They're to blame for his death.

03:09 PM on 03/19/2013
I guess MIT is learning there are consequences for their terrible treatment of Mr. Swartz. Now maybe they can feel the pain Mr. Swartz was under when he took his own life.

MIT officals could have prevented Mr. Swartz death by not remaining silent during the federal investigation.

I am totally against harassment and personal threats against anyone but I do hope MIT officals are fired and MIT has to pay a huge fine in this case.

02:51 PM on 03/19/2013
I'm wondering if this article is trying to make me feel sympathy for the MIT officials who didn't stand up for Swartz.

I think it failed....they're being harrassed and threatened? Karma really sucks, sometimes

02:26 PM on 03/19/2013
Although "they" won't read it, I and others will. And endorse it.
However, until they are afraid to leave their residences they won't know how he felt.
But that's a repairable problem.

02:25 PM on 03/19/2013
Good. They should have trouble sleeping but people like these generally are sociopaths.

02:23 PM on 03/19/2013
I think it is only fair that those who helped prosecute Swartz for acting like tax-payer funded research is inherently public property be exposed to the full range of pressures Swartz endured. 24/7. 27/7...365, unless every 4th year.
Until they can't get out of bed.

02:14 PM on 03/19/2013
So, "MIT Officials Subject To 'Pattern of Harassment And Personal Threats' Since Aaron Swartz's Death." Good. May those responsible (and they know who they are) forever be looking over their shoulders and, when not afraid, feel crushing guilt and angst over the destruction they have wrought.

01:57 PM on 03/19/2013
Those "officials" should go to their graves in shame. Maybe they're so used to chummying up to DARPA that they never even considered that they would be ruining the life of one of their brilliants. Serves them right.

01:27 PM on 03/19/2013
Threatening them with violence is wrong. Hard to care though; it's just what goes around, comes around. Maybe one of them will commit suicide.

12:24 PM on 03/19/2013
"In this volatile atmosphere, I have the responsibility to protect the privacy and safety of those members of our community who have become involved in this matter in the course of doing their jobs for MIT ..."

and

MIT officials declined to support a petition last fall that could have helped Swartz avoid prison. The school also provided details of Swartz's computer activity to law enforcement without a court order, helping prosecutors build their case against him.

2

--

There was nothing Aaron Swartz did that deserved the level of intimidation and threats and prosecutorial terror he endured. He was given a choice -- plead guilty and get a lesser sentence or plead innocent, take a trial, and get 30 years. The plea bargaining process is unjust and capricious anyway, and Aaron died in despair.

So, do the MIT officials who declined to help Aaron but eagerly helped the prosecution for essentially a victimless crime deserve threats? No. Do they deserve harassment? Absolutely. They should not be insulated from the anger people have over their actions which helped hasten the death of this young man.

Insulating people from the consequences of their actions only makes them eager to victimize another person. Approval and good public relations should depend on how you act toward others.

There was a better way to handle Aaron Swartz. A little direction would help them serve the public interest. There was nothing to be gained by the extreme punitive stance of the (In)Justice Department.

12:06 PM on 03/19/2013
But Reif said he would redact employees' names and identifying information to protect their privacy because university officials had "seen a pattern of harassment and personal threats" since Swartz's death.

I guess this means all MIT officials need to be harassed.

11:45 AM on 03/19/2013
Oh well. Maybe the MIT people will now find out what actual criminal activity really is.

11:27 AM on 03/19/2013
Good, they deserve it.

11:14 AM on 03/19/2013
I know right? Oh well, they can withhold those names all they want, the anon will have them whenever they feel like it. It will be fun either way to watch.

11:11 AM on 03/19/2013
MIT Officials Subject To 'Pattern of Harassment And Personal Threats' Since Aaron Swartz's Death?

I'd have no idea how to harass MIT biggies, but if someone else is, good for them.

11:04 AM on 03/19/2013
I agree. They should be exposed.

10:57 AM on 03/19/2013
I hope these MIT officials who so desperately wish to remain nameless will endure the same level of threats and harassment that was directed at Mr. Swartz.


2183380.1