# Swartz case protest at Boston US Attorney's home

AP / March 12, 2013

MILTON, Mass. (AP) — Police say three masked people took "wanted" posters and a cake to Boston U.S. Attorney Carmen Ortiz's suburban home last weekend to protest her prosecution of Internet activist Aaron Swartz.

Milton Deputy Police Chief Charles Paris said Ortiz's neighbors called police around 4:30 p.m. Saturday. The protesters told officers they're affiliated with groups that blame federal prosecutors for Swartz's suicide in January. Swartz was awaiting trial on charges he used the Massachusetts Institute of Technology's computer network to illegally download millions of academic articles.

The posters bore Ortiz's name and the cake had frosting words, "Justice for Aaron."

Paris said Monday police sent the cake to the FBI. The protesters weren't arrested.

Ortiz said in a statement to The Boston Globe a protest at her office would have been more appropriate.

© Copyright 2013 Globe Newspaper Company.