...........................................................................................................................................................................

**Sampling of Emails Received by the MIT News Office in Response to Aaron Swartz's Death**
**(All Identifying Information Deleted)**

Subject: Shame

Why is there no place where the public can express their outrage and disgust with MIT over the hounding of Aaran Swartz?  MIT caused this young man to commit suicide and yet you have no place where the US taxpayer can comment on your actions.  Shame on MIT for your refusal to become part of the overall community.

Subject: Aaron Swartz
The silence of MIT in the period of time leading up to the death of Aaron Swartz sickens me. Why the lack of backbone of the administration to speak out in Aaron's defense? This will be a ugly mark on MIT's reputation for a long time to come. Shame on all of you that are entrusted to guide this institution

Subject: #aaronsw
Investigation? Into the blatant fact that some people will do absolutely anything to further their career? Murderers.

Subject: Aaron Swartz death

Decisions made by officials in the Massachusetts U.S. Attorney's office and at MIT contributed to his death
Decisions made by officials in the Massachusetts U.S. Attorney's office and at MIT contributed to his death

This is horrible and obscenely evil behavior on the part of the MIT leaders who authorized and allowed
it.  You know who you are and should feel deeply ashamed and sorry for your actions.  How awful, awful
your actions were, ruining the life of an intellectually gifted young man.

Subject: Blood
It does not matter how good your reputation is when you find yourself with the blood of a genius on your hands.

Not all great Neptune's ocean will suffice to wash it off.

But, don't worry.  Putin understands  using "law enforcement" to drive your opponents to suicide.  Or lock 'em up as an example, right?

Your President should have the decency to resign.

Subject: [Web-query] Please pass on this message to your employer

Hi,

Please pass on my contempt for the MIT Fascists who drove Aaron Swartz to his death.

They will for ever be tarnished with this legal hounding of a genius.

Shame on them.

---

Subject: MIT News Office: We demand L. Rafael Reif's Resignation

This is an inquiry e-mail via http://web.mit.edu/newsoffice/

The actions you have taken against Mr. Swartz are inexcusable.  We the people demand you take accountability for your actions. If you do not comply within 72 hours we will be forced to take action.

---

2185451.1