# WILMERHALE

March 25, 2013

**Reginald J. Brown**

+1 202 663 6430 (t)
+1 202 663 6363 (f)
reginald.brown@wilmerhale.com

**By Fax and U.S. Mail**

Hon. Darrell Issa, Chairman
Hon. Elijah Cummings, Ranking Member
Committee on Oversight and Government Reform
United States House of Representatives
2157 Rayburn House Office Building
Washington, D.C. 20515-6143

Dear Chairman Issa and Ranking Member Cummings:

On behalf of the General Counsel of the Massachusetts Institute of Technology ("MIT"), Greg Morgan, and my colleagues at WilmerHale, thank you for the opportunity to meet with Staff of the House Oversight and Government Reform Committee ("Committee") on March 21, 2013. We found the meeting very helpful and hope that the information we were able to share with your Staff was useful to you.

As we discussed in the meeting, MIT is currently reviewing records to identify and collect documents responsive to the Committee Staff's request for communications to and from MIT and the United States Attorney's Office in the District of Massachusetts in connection with the U.S. Attorney's investigation and prosecution of Mr. Aaron Swartz. MIT has now provided an initial set of materials to Committee Staff and will continue to provide responsive documents on a rolling basis. We hope to have a more substantial production ready for review over the course of the next two weeks. In addition, as we indicated, MIT's President has made an announcement regarding MIT's intent to publicly release documents – with appropriate redactions to protect the identities of MIT personnel and the security of MIT networks – after Professor Abelson's report is issued.

We appreciate your understanding of MIT's need to redact employee names, job titles, and other similarly identifying information, as well as information about network vulnerabilities, from responsive documents in order to protect the privacy and safety of MIT employees and network systems.

Sincerely,

*Reginald J. Brown /jsg*

Reginald J. Brown
Laura Hussain