## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,  :
  :
      Plaintiff,  :
  :
  :
  :  Crim. No 11-CR-10260-NMG
    v.  :
  :
AARON SWARTZ,  :
  :
      Defendant.  :
  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### JSTOR'S ASSENTED TO MOTION TO INTERVENE

   PLEASE TAKE NOTICE that non-party Ithaka Harbors, Inc. hereby moves this Court to intervene in order to be heard on the motion to modify the protective order to the extent it affects documents produced by JSTOR.  The United States Attorney's Office and the Swartz estate assent to this motion to intervene.  The grounds supporting intervention are further set forth in the accompanying Memorandum of Law, the Declaration of Kevin Guthrie, and the Declaration of Jeremy Feigelson.

Dated: March 29, 2013      Respectfully submitted,


             /s/ Mark W. Pearlstein
             By: Mark W. Pearlstein (BBO # 542064)

             MCDERMOTT WILL & EMERY
Of Counsel:         28 State Street
             Boston, MA 02109-1775
Jeremy Feigelson       617-535-4000
DEBEVOISE & PLIMPTON LLP   mpearlstein@mwe.com
919 Third Avenue
New York, New York 10022
(212) 909-6000
jfeigels@debevoise.com

23866138v1

## CERTIFICATION

Jeremy Feigelson, counsel for JSTOR, certifies, pursuant to Local Rule 7.1(A)(2), that on March 21, 2013, he conferred in good faith with Michael J. Pineault, Esq., counsel for the Estate of Aaron Swartz, and was unable to resolve the pending motion.

/s/ Jeremy Feigelson
Jeremy Feigelson

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 29, 2013, and paper copies will be sent to those indicated as non-registered participants below on March 29, 2013.

Dated: March 29, 2013

/s/ Mark W. Pearlstein
Mark W. Pearlstein (BBO #542064)

Non-Registered Participant

Massachusetts Institute of Technology:
Jonathan Kotlier
NUTTER MCLENNAN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

3