UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>AARON SWARTZ, )<br> )<br>    Defendant. )<br> )<br> ) | Case No. 11-10260-NMG |

### NOTICE OF APPEARANCE

Please enter the appearance of Jonathan L. Kotlier of the law firm of Nutter McClennen & Fish LLP, Seaport West, 155 Seaport Boulevard, Boston, MA 02110-2604, as counsel for the Massachusetts Institute of Technology.

        MASSACHUSETTS INSTITUTE
        OF TECHNOLOGY

        By its attorneys,

          /s/ Jonathan L. Kotlier
        Jonathan L. Kotlier (BBO# 545491)
        jkotlier@nutter.com
        Christopher H. Lindstrom (BBO# 657430)
        clindstrom@nutter.com
        Emily J. Grannon (BBO# 682267)
        egrannon@nutter.com
        Nutter, McClennen & Fish, LLP
        Seaport West, 155 Seaport Blvd.
        Boston, Massachusetts 02210
        Telephone:   (617) 439-2000
Dated: March 29, 2013        Facsimile:   (617) 310-9000

## **CERTIFICATE OF SERVICE**

      I certify that, on March 29, 2013, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/  Jonathan L. Kotlier

2186055.1