UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AARON SWARTZ,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 11-10260-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Jonathan L. Kotlier of the law firm of Nutter McClennen & Fish LLP, Seaport West, 155 Seaport Boulevard, Boston, MA 02110-2604, as counsel for the Massachusetts Institute of Technology.

　　　　　　　　　　　　　　　　　　　　MASSACHUSETTS INSTITUTE
　　　　　　　　　　　　　　　　　　　　OF TECHNOLOGY

　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　　/s/  Jonathan L. Kotlier
　　　　　　　　　　　　　　　　　　　　Jonathan L. Kotlier (BBO# 545491)
　　　　　　　　　　　　　　　　　　　　jkotlier@nutter.com
　　　　　　　　　　　　　　　　　　　　Christopher H. Lindstrom (BBO# 657430)
　　　　　　　　　　　　　　　　　　　　clindstrom@nutter.com
　　　　　　　　　　　　　　　　　　　　Emily J. Grannon (BBO# 682267)
　　　　　　　　　　　　　　　　　　　　egrannon@nutter.com
　　　　　　　　　　　　　　　　　　　　Nutter, McClennen & Fish, LLP
　　　　　　　　　　　　　　　　　　　　Seaport West, 155 Seaport Blvd.
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02210
　　　　　　　　　　　　　　　　　　　　Telephone:   (617) 439-2000
Dated:  March 29, 2013　　　　　　　　　Facsimile:    (617) 310-9000

## CERTIFICATE OF SERVICE

      I certify that, on March 29, 2013, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                              /s/ Jonathan L. Kotlier

2186055.1