UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )  Case No. 11-10260-NMG<br>  )<br>AARON SWARTZ, )<br>  )<br>Defendant. )<br>  )<br>  ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Christopher H. Lindstrom of the law firm of Nutter McClennen & Fish LLP, Seaport West, 155 Seaport Boulevard, Boston, MA 02110-2604, as counsel for the Massachusetts Institute of Technology.

                                                                MASSACHUSETTS INSTITUTE
                                                                OF TECHNOLOGY

                                                                By its attorneys,

                                                                  /s/ Christopher H. Lindstrom
                                                                Jonathan L. Kotlier (BBO# 545491)
                                                                jkotlier@nutter.com
                                                                Christopher H. Lindstrom (BBO# 657430)
                                                                clindstrom@nutter.com
                                                                Emily J. Grannon (BBO# 682267)
                                                                egrannon@nutter.com
                                                                Nutter, McClennen & Fish, LLP
                                                                Seaport West, 155 Seaport Blvd.
                                                                Boston, Massachusetts 02210
                                                                Telephone:   (617) 439-2000
Dated: March 29, 2013                                           Facsimile:   (617) 310-9000

## **CERTIFICATE OF SERVICE**

      I certify that, on March 29, 2013, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/  Christopher H. Lindstrom

2186054.1