# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AARON SWARTZ,<br><br>    Defendant. | Crim. No. 11-CR-10260-NMG |

## JOINT SUBMISSION OF PROPOSED
## MODIFICATION TO PROTECTIVE ORDER

As directed by the Court per its Order dated May 13, 2013, the United States, the Estate of Aaron Swartz, and Intervenors the Massachusetts Institute of Technology ("MIT") and Ithaka Harbors, Inc. d/b/a JSTOR ("JSTOR") hereby jointly submit the attached Proposed Modification to Protective Order.

Respectfully submitted,

| | |
|---|---|
| /s/ *Jack W. Pirozzolo*<br>Jack W. Pirozzolo<br>First Assistant U.S. Attorney<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel.: (617) 748-3189<br>Email: jack.pirozzolo@usdoj.gov | /s/ *Michael J. Pineault*<br>Michael J. Pineault<br>Clements & Pineault, LLP<br>24 Federal Street<br>Boston, MA 02110<br>Tel.: (857) 445-0135<br>Fax: (857) 366-5404<br>Email: mpineault@clementspineault.com<br><br>Attorney for the Estate of AARON SWARTZ |

| | |
|---|---|
| /s/ *Jonathan Kotlier*<br>Jonathan Kotlier<br>Nutter, McClennen & Fish, LLP<br>Seaport West, 155 Seaport Blvd.<br>Boston, MA  02210<br>Tel.:  (617) 439-2000<br>Fax:  (617) 310-9000<br>Email: jkotlier@nutter.com<br><br>Attorney for MIT | /s/ *Mark W. Pearlstein*<br>Mark W. Pearlstein<br>McDermott Will & Emery<br>28 State Street<br>Boston, MA 02109<br>Tel.:  (617) 535-4425<br>Email: mpearlstein@mwe.com<br><br>Jeremy Feigelson, (of counsel)<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY  10022<br>Tel.:  (212) 909-6000<br>Email: jfeigelson@debevoise.com<br><br>Attorneys for JSTOR |

Dated:  May 31, 2013

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non -registered participants via first class mail:

/s/ *Michael J. Pineault*
Michael J. Pineault