# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>AARON SWARTZ,<br><br>               Defendant. | Crim. No. 11-CR-10260-NMG |

## CERTIFICATION OF COMPLIANCE WITH PROTECTIVE ORDER

I hereby certify on behalf of the estate of Aaron Swartz ("the Estate") as follows:

1. Keker & Van Nest LLP has destroyed all copies in its possession of all Discovery Documents (as that term is defined in paragraph 1(a) of this Court's June 3, 2013 Order modifying the protective order in this case) not delivered today to the U.S. Attorney's Office ("USAO") or permitted to be retained under paragraph 1(b) of this Court's June 3, 2013 Order.

2. I have requested and received written confirmation from all members of the "defense" (as that term is defined in paragraph 1 of the November 30, 2011 Protective Order in this case, and including Swartz's predecessor defense counsel) to whom Keker & Van Nest LLP provided, or is aware possessed, any Discovery Documents of the destruction of all copies in those "defense" members' possession of all Discovery Documents not delivered today to the USAO or permitted to be retained under the June 3, 2013 Order.

| | |
|---|---|
| Dated: June 10, 2013 | Respectfully submitted,<br><br>*/s/ Daniel Purcell* |

Elliot R. Peters (admitted *pro hac vice*)
Daniel Purcell (admitted *pro hac vice*)
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA  94111
Tel.: (415) 391-5400
Fax: (415) 397-7188
Email: epeters@kvn.com
         dpurcell@kvn.com

Michael J. Pineault
Clements & Pineault, LLP
24 Federal Street
Boston, MA  02110
Tel.:  (857) 445-0135
Fax:  (857) 366-5404
Email: mpineault@clementspineault.com

Attorneys for THE ESTATE OF AARON SWARTZ

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF), that paper copies will be sent to those indicated as non-registered participants, and that copies simultaneously will be served by overnight mail on the following attorneys:

Jack W. Pirozzolo
First Assistant United States Attorney
District of Massachusetts
John Joseph Moakley Federal Courthouse
One Courthouse Way
Boston, MA 02210

Jonathan Kotlier
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(Counsel for MIT)

Jeremy Feigelson
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(Counsel for JSTOR)

/s/ *Daniel Purcell*
Daniel Purcell

760609.01