# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| |
|---|
| UNITED STATES OF AMERICA |
| |
| v. |
| Crim. No. 11-CR-10260-NMG |
| AARON SWARTZ, |
| |
| Defendant |

## JOINT MOTION FOR MODIFICATION OF TIME PERIOD FOR PREPARATION AND REVIEW OF REDACTIONS PURSUANT TO THE COURT'S JUNE 3, 2013 ORDER

The United States, the Estate of Aaron Swartz, and Intervenors the Massachusetts Institute of Technology ("MIT") and Ithaka Harbors d/b/a JSTOR ("JSTOR") (collectively the "Parties") hereby jointly move to modify the time frame for the redaction process set forth in this Court's Order dated June 3, 2013 (Dkt. 127). The Parties request that the date for delivery of the redacted discovery materials (as described in the Order) to the Estate for its review be moved from August 9, 2013 to August 16, 2013. The Parties further request that the date by which the Estate must submit objections to the redactions be moved from August 23, 2013 to September 13, 2013. As grounds for this Motion, the Parties state that they are working diligently to prepare and review the redacted set of discovery materials, but need the additional time to complete the review of the materials.

Respectfully submitted,

| | |
|---|---|
| */s/ Jack W. Pirozzolo*<br>Jack W. Pirozzolo<br>First Assistant U.S. Attorney<br>United States Attorney's Office<br>Moakley Federal Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>Tel:  (617) 748-3189 | */s/ Michael J. Pineault*<br>Michael J. Pineault<br>Clements & Pineault, LLP<br>224 Federal Street<br>Boston, MA  02110<br>Tel:  (857) 445-0135<br>Fax: (857) 366-5404<br>Email:  mpineault@clementspineault.com<br><br>Attorney for defendant AARON SWARTZ |
| */s/ Jonathan Kotlier*<br>Jonathan Kotlier<br>Nutter, McClennen & Fish, LLP<br>Seaport West, 155 Seaport Blvd.<br>Boston, MA  02210<br>Tel: (617) 439-2000<br>Fax: (617) 310-9000<br>Email:  jkotlier@nutter.com<br><br>Attorney for MIT | */s/ Mark W. Pearlstein*<br>Mark W. Pearlstein<br>McDermott Will & Emery<br>28 State Street<br>Boston, MA  02109<br>Tel:  (617) 535-4425<br>Email:  mpearlstein@mwe.com<br><br>Jeremy Feigelson (of counsel)<br>Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, NY  10022<br>Tel:  (212) 909-6000<br>Email:  jfeigelson@debevoise.com<br><br>Attorneys for JSTOR |

Dated:  August 9, 2013

## **CERTIFICATE OF SERVICE**

I, Jack W. Pirozzolo, hereby certify that on August 9, 2013, I served a copy of the foregoing motion via electronic filing on counsel for the Estate, JSTOR and MIT.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo