## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> AARON SWARTZ, <br><br>             Defendant. | No. 11-CR-10260-NMG |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**
**TO COMPLETE REVIEW OF REDACTIONS**

The Estate of Aaron Swartz hereby moves for a 2-week extension of time to complete its review of redactions pursuant to the process set forth in this Court's Order dated June 3, 2013 (Dkt. 127), as amended by Electronic Order dated August 12, 2013 (Dkt. 131) . Specifically, the Estate requests that the deadline by which it must submit objections to the redactions be extended from September 13, 2013 to September 27, 2013. As grounds, the Estate states that it is working diligently to review the redacted set of discovery materials,[1] but needs additional time to complete that review.

---

[1] By agreement between the Estate and MIT, the redacted discovery materials provided to the Estate for its review do not yet include certain "packet capture" records. Those records are the subject of ongoing redaction-related discussions between the parties.

1

**Error! Unknown document property name.**

2

Dated:  September 13, 2013                          Respectfully submitted,

                                                    */s/ Michael J. Pineault*
                                                    Michael J. Pineault
                                                    Clements & Pineault, LLP
                                                    24 Federal Street
                                                    Boston, MA  02110
                                                    Tel.:  (857) 445-0135
                                                    Fax:  (857) 366-5404
                                                    mpineault@clementspineault.com


                                                    Attorney for Defendant AARON SWARTZ

## RULE 7.1 CERTIFICATION

I, Michael J. Pineault, hereby certify that I have conferred with counsel for the United States, JSTOR and MIT, and that they have assented to this motion.


                                                    **/s/ *Michael J. Pineault***
                                                    Michael J. Pineault


## CERTIFICATE OF SERVICE

I, Michael J. Pineault, hereby certify that on September 13, 2013, I served a copy of the foregoing motion via electronic filing on counsel for the United States, JSTOR and MIT.


                                                    **/s/ *Michael J. Pineault***
                                                    Michael J. Pineault