UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AARON SWARTZ,<br><br>                Defendant. | No. 11-CR-10260-NMG |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO COMPLETE REVIEW OF REDACTIONS**

The Estate of Aaron Swartz hereby moves for a 2-week extension of time to complete its review of redactions pursuant to the process set forth in this Court's Order dated June 3, 2013 (Dkt. 127), as amended by Electronic Order dated August 12, 2013 (Dkt. 131) .  Specifically, the Estate requests that the deadline by which it must submit objections to the redactions be extended from September 13, 2013 to September 27, 2013.  As grounds, the Estate states that it is working diligently to review the redacted set of discovery materials,[1] but needs additional time to complete that review.

---

[1] By agreement between the Estate and MIT, the redacted discovery materials provided to the Estate for its review do not yet include certain "packet capture" records. Those records are the subject of ongoing redaction-related discussions between the parties.

1

Error! Unknown document property name.

2

Dated:  September 13, 2013					Respectfully submitted,

							*/s/ Michael J. Pineault*
							Michael J. Pineault
							Clements & Pineault, LLP
							24 Federal Street
							Boston, MA  02110
							Tel.:  (857) 445-0135
							Fax:  (857) 366-5404
							mpineault@clementspineault.com


							Attorney for Defendant AARON SWARTZ

## RULE 7.1 CERTIFICATION

I, Michael J. Pineault, hereby certify that I have conferred with counsel for the United States, JSTOR and MIT, and that they have assented to this motion.


							*/s/ Michael J. Pineault*
							Michael J. Pineault


## CERTIFICATE OF SERVICE

I, Michael J. Pineault, hereby certify that on September 13, 2013, I served a copy of the foregoing motion via electronic filing on counsel for the United States, JSTOR and MIT.


							*/s/ Michael J. Pineault*
							Michael J. Pineault

**Error! Unknown document property name.**